UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE N. HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FAIRFIELD, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1045 DB<br><br><br>ORDER |

Plaintiff, proceeding through counsel, commenced this action on June 15, 2022, by filing a complaint and a motion to proceed in forma pauperis.  (ECF Nos. 1 & 2.)  This matter is before the undersigned pursuant to the Local Rules, Appendix A(m).  The undersigned finds that plaintiff's in forma pauperis application makes the showing required by the statute.

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 15, 2022 motion to proceed in forma pauperis (ECF No. 2) is granted.

Dated:  June 22, 2022

DLB:6
DB\orders\orders.civil\houston1045.ifp.ord

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1