1
**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
2
5032 Woodminster Lane
3
Oakland, CA 94602
T: (510) 530-4078 x 101
4
F: (510) 530-4725
panos@panoslagoslaw.com
5

6
**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
7
1388 Sutter Street, Suite 810
San Francisco, CA 94109
8
Tel. (415) 563-8583
Fax (415) 223-9717
9
e-mail: ss@sanjayschmidtlaw.com
10

11
*Attorneys for Plaintiff*
DANIELLE N. HOUSTON
12

13
**PATRICK MORIARTY, State Bar No. 213185**
pmoriarty@cmtrlaw.com
14
**JOHN B. ROBINSON, State Bar No. 297065**
jrobinson@cmtrlaw.com
15
**JOANNE TRAN, State Bar No. 294402**
jtran@cmtrlaw.com
16
**CASTILLO, MORIARTY, TRAN & ROBINSON**
17
75 Southgate Avenue
Daly City, CA  94015
18
Telephone: (415) 213-4098

19
*Attorneys for Defendants*
CITY OF FAIRFIELD, JOSHUA SMITH, BRENDAN BASSI,
20
RUSSELL TAYLOR, and DAVID REEVES

21
**UNITED STATES DISTRICT COURT**

22
**EASTERN DISTRICT OF CALIFORNIA**

23
DANIELLE N. HOUSTON,                  )  Case No. 2:22-cv-01045-JAM-DB
                                       )
24
                Plaintiff,             )  **STIPULATION AND ORDER TO**
                                       )  **ADD PREVIOUSLY-DISMISSED**
25
       vs.                             )  **DEFENDANT, GAIL HILL (Badge**
                                       )  **#1201)**
26
CITY OF FAIRFIELD, et al.,             )
                                       )
27
                Defendants.            )
                                       )
28

STIPULATION AND ORDER TO ADD PREVIOUSLY DISMISSED DEFENDANT GAIL
HILL
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                       - 1 -

1  The parties, by and between their respective counsel of record, hereby agree and stipulate

2  as follows:

3      1. Defendant GAIL HILL (Badge #1201) was dismissed without prejudice on October

4         3, 2022 (ECF Nos. 15 and 16);

5      2. Plaintiff DANIELLE HOUSTON may add said previously-dismissed Defendant

6         GAIL HILL (Badge #1201) as a named Defendant officer in this proceeding.

7         Accordingly, the named Defendant officers in this proceeding will be as follows:

8         JOSHUA SMITH (Badge #1730)

9         BRENDAN BASSI (Badge #1716)

10        RUSSELL TAYLOR (Badge #1728)

11        DAVID REEVES (Badge #927)

12        GAIL HILL (Badge #1201)

14 Dated: May 17, 2023      **LAW OFFICES OF PANOS LAGOS**
      **-and-**
15       **LAW OFFICE OF SANJAY S. SCHMIDT**

18       */s/Panos Lagos*
      By: Panos Lagos, Esq.
19       Attorneys for Plaintiff,
      DANIELLE N. HOUSTON

21 Dated: May 17, 2023      CASTILLO MORIARTY TRAN & ROBINSON

23       By: */s/ John B. Robinson* (as authorized 5/17/2023)
24         John B. Robinson
        Attorneys for Defendants,
25         CITY OF FAIRFIELD, et al.

27 ///

28 ///

STIPULATION AND ORDER TO ADD PREVIOUSLY DISMISSED DEFENDANT GAIL HILL
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB      - 2 -

1

**<u>ORDER</u>**

2       Pursuant to the parties Stipulation, IT IS ORDERED that Plaintiff, DANIELLE

3    HOUSTON, may file an amended complaint which names previously-dismissed Defendant

4    GAIL HILL (Badge #1201) as a Defendant in this proceeding.

5       The named Defendant officers in the Amended Complaint will include the following:

6           JOSHUA SMITH (Badge #1730)

7           BRENDAN BASSI (Badge #1716)

8           RUSSELL TAYLOR (Badge #1728)

9           DAVID REEVES (Badge #927)

10           GAIL HILL (Badge #1201)

11       Plaintiff shall serve the Amended Complaint on Defendant Hill within thirty (30) days of

12    this Order.  Defendant Hill shall have thirty (30) days from the date of service to file a

13    responsive pleading.

14    Dated: May 18, 2023                    /s/ John A. Mendez

15                                           THE HONORABLE JOHN A. MENDEZ
                                             SENIOR UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO ADD PREVIOUSLY DISMISSED DEFENDANT GAIL
HILL
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                    - 3 -