PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone:    (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD, JOSHUA SMITH, BRENDAN BASSI, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*
DANIELLE N. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE N. HOUSTON,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL | Case No. 2:22-cv-01045-JAM-DB<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE DEADLINES**<br><br>Hon. John A. Mendez<br><br>Trial:   None Set |

(Badge #1201), individually, and, DOES 1–50, jointly and severally;

Defendants.

Come now Defendants City of Fairfield, City of Fairfield Police Officers, JOSHUA SMITH, GAIL HILL, BRENDAN BASSI, RUSSELL TAYLOR, and DAVID REEVES ("DEFENDANTS") and Plaintiff DANIELLE HOUSTON ("PLAINTIFF") by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is currently scheduled for Trial on March 11, 2024. (Doc. 14);
2. WHEREAS, the parties request the Court extend the case schedule by three (3) months as well as extend the trial date by six (6) months to September 9, 2024, or a date soon after that is convenient for the Court and counsels.
3. WHEREAS, The parties submit that good cause exists for this continuance. There have been no prior continuances.
4. WHEREAS, counsel for the Defendants were newly retained in January of this year and require additional time to review the case and conduct its own discovery (Docs 25-31);
5. WHEREAS, the Court entered the following case schedule (Doc 14):

| | |
|---|---|
| Expert Witness Disclosures | June 16, 2023 |
| Rebuttal Expert Witness Disclosures | July 14, 2023 |
| Discovery cut off | August 11, 2023 |
| Dispositive Motion Filing Date | September 22, 2023 |
| Dispositive Motion Hearing Date | November 14, 2023 |
| Final Pretrial Conference | January 26, 2024 |
| Trial | March 11, 2024 |

6. WHEREAS, the parties request the Court to amend the case schedule as follows.

| | |
|---|---|
| Expert Witness Disclosures | September 16, 2023 |
| Rebuttal Expert Witness Disclosures | October 18, 2023 |
| Discovery cut off | November 10, 2023 |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

| | |
|---|---|
| Dispositive Motion Filing Date | January 05, 2024 |
| Dispositive Motion Hearing Date | March 12, 2024, at 1:30 p.m. |
| Final Pretrial Conference | July 26, 2024, at 10:00 a.m. |
| Trial | September 16, 2024, at 9:00 a.m. |

IT IS SO AGREED.

Dated: June 6, 2023  **LAW OFFICES OF PANOS LAGOS**
-and-
**LAW OFFICE OF SANJAY S. SCHMIDT**

By: */s/Panos Lagos*
    Panos Lagos, Esq.
    Attorneys for Plaintiff,
    DANIELLE N. HOUSTON

Dated: June 6, 2023  CASTILLO MORIARTY TRAN & ROBINSON

By: */s/ Patrick Moriarty*

    Attorneys for Defendants,
    CITY OF FAIRFIELD, et al.

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| | |
|---|---|
| Expert Witness Disclosures | **September 16, 2023** |
| Rebuttal Expert Witness Disclosures | **October 18, 2023** |
| Discovery cut off | **November 10, 2023** |
| Dispositive Motion Filing Date | **January 05, 2024** |
| Dispositive Motion Hearing Date | **March 12, 2024, at 1:30 p.m.**[1] |
| Final Pretrial Conference | **July 26, 2024, at 10:00 a.m**. |
| Trial | **September 16, 2024, at 9:00 a.m**. |

Counsel shall contact Judge Mendez' courtroom deputy, M York, via e-mail at myork@caed.uscourts.gov, prior to filing a stipulation and proposed order to continue the dates set forth in this order.

IT IS SO ORDERED.

Dated: June 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.