1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:     (415) 213-4098
5
   Attorneys for Defendants
6  CITY OF FAIRFIELD, JOSHUA SMITH, BRENDAN
   BASSI, RUSSELL TAYLOR, DAVID REEVES, and GAIL
7  HILL

8  **Panos Lagos, Esq. / SBN 61821**
   **LAW OFFICES OF PANOS LAGOS**
9  6569 GLEN OAKS WAY,
   OAKLAND, CA 94611
10 T: (510) 530-4078 x 101
   F: (510) 530-4725
11 panos@panoslagoslaw.com

12
   **Sanjay S. Schmidt (SBN 247475)**
13 **LAW OFFICE OF SANJAY S. SCHMIDT**
   1388 Sutter Street, Suite 810
14 San Francisco, CA 94109
   Tel. (415) 563-8583
15 Fax (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
16

17 *Attorneys for Plaintiff*
   DANIELLE N. HOUSTON
18

19                UNITED STATES DISTRICT COURT

20                EASTERN DISTRICT OF CALIFORNIA

21

| | |
|---|---|
| DANIELLE N. HOUSTON, | Case No. 2:22-cv-01045-JAM-DB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES** |
| v. | Hon. John A. Mendez |
| CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1– | Trial:    September 16, 2024 |

1  50, jointly and severally;

2                  Defendants.

3

4      Come now Defendants City of Fairfield, City of Fairfield Police Officers, JOSHUA

5  SMITH, GAIL HILL, BRENDAN BASSI, RUSSELL TAYLOR, and DAVID REEVES

6  ("DEFENDANTS") and Plaintiff DANIELLE HOUSTON ("PLAINTIFF") by and between their

7  respective counsel of record, hereby agree and stipulate as follows:

8      1. WHEREAS, this matter is currently scheduled for Trial on September 16, 2024. (Doc.

9         38).

10     2. WHEREAS, On June 13, 2023, the Court issued an order granting the parties' request for

11        stipulated extensions. (Doc. 38). As a result, the close of fact discovery was set for

12        November 8, 2023, the deadline for expert witness disclosures was set for September 15,

13        2023, and the deadline for rebuttal expert disclosures was set for October 18, 2023.

14     3. WHEREAS, neither counsel for Plaintiff nor Defendants have been able to conduct any

15        depositions in this matter due to conflicts in their respective schedules, despite diligent

16        efforts.

17     4. WHEREAS, counsel for Defendants are preparing for upcoming trial in October 2023.

18     5. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off

19        for Expert Witness Disclosures to October 13, 2023, extend the rebuttal witness disclosure

20        deadline to October 27, 2023. The parties do not seek an extension of the discovery cut off

21        deadline, currently set for November 10, 2023.

22     6. WHEREAS, The parties submit that good cause exists for this continuance. There has

23        been one prior continuance.

24     7. WHEREAS, the parties request the Court to amend the case schedule as follows.

25

| | |
|---|---|
| Expert Witness Disclosures | October 13, 2023 |
| Rebuttal Expert Witness Disclosures | October 27, 2023 |
| Discovery cut off | November 10, 2023 (no change) |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

IT IS SO AGREED.

Dated: August 31, 2023                **LAW OFFICES OF PANOS LAGOS**
                                      -and-
                                      **LAW OFFICE OF SANJAY S. SCHMIDT**


By:  */s/Panos Lagos*
    Panos Lagos, Esq.
    Attorneys for Plaintiff,
    DANIELLE N. HOUSTON

Dated: August 31, 2023                CASTILLO MORIARTY TRAN & ROBINSON


By:   */s/ John Robinson*

    Attorneys for Defendants,
    CITY OF FAIRFIELD, et al.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 06, 2023             /s/ John A. Mendez
    THE HONORABLE JOHN A. MENDEZ
    SENIOR UNITED STATES DISTRICT JUDGE

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015