1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:      (415) 213-4098
5
   Attorneys for Defendants
6  CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL
   TAYLOR, DAVID REEVES, and GAIL HILL
7
   CARL L. FESSENDEN, State Bar No. 161494
8  cfessenden@porterscott.com
   SULI A. MASTORAKOS, State Bar No. 330383
9  smastorakos@porterscott.com
   PORTER SCOTT
10 2180 Harvard Street, Suite 500
   Sacramento, CA  95815
11 Telephone:      (916) 927-3706

12 Attorneys for Defendant
   BRENDAN BASSI
13
   **Panos Lagos, Esq. / SBN 61821**
14 **LAW OFFICES OF PANOS LAGOS**
   6569 GLEN OAKS WAY,
15 OAKLAND, CA 94611
   T: (510) 530-4078 x 101
16 F: (510) 530-4725
17 panos@panoslagoslaw.com

18 **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
19 1388 Sutter Street, Suite 810
   San Francisco, CA 94109
20 Tel. (415) 563-8583
   Fax (415) 223-9717
21 e-mail: ss@sanjayschmidtlaw.com
22
   *Attorneys for Plaintiff*
23 DANIELLE N. HOUSTON

24
                    UNITED STATES DISTRICT COURT
25
                    EASTERN DISTRICT OF CALIFORNIA
26

27 DANIELLE N. HOUSTON,              | Case No. 2:22-cv-01045-JAM-DB
28

1

STIP TO CONT
DISCOVERY DEADLINES
2:22-CV-01045-JAM-DB

|   |   |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |
| v. | Hon. John A. Mendez |
| CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1–50, jointly and severally; | Trial:    September 16, 2024 |
| Defendants. |   |

Defendants City of Fairfield, City of Fairfield Police Officers, JOSHUA SMITH, GAIL HILL, RUSSELL TAYLOR, DAVID REEVES, and BRENDAN BASSI ("DEFENDANTS") and Plaintiff DANIELLE HOUSTON ("PLAINTIFF") by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is currently scheduled for a jury trial on September 16, 2024. (Doc. 38).

2. WHEREAS, On June 13, 2023, the Court issued an order granting the parties' request for stipulated extensions. (Doc. 38). As a result, the close of fact discovery was set for November 8, 2023, the deadline for expert witness disclosures was set for September 15, 2023, and the deadline for rebuttal expert disclosures was set for October 18, 2023.

3. WHEREAS, on September 7, 2023, the court issued an order granting the parties' request for stipulated extensions. (Doc. 41). As a result, the deadline for expert witness disclosures was set for October 13, 2023, and the deadline for rebuttal expert disclosures was set for October 27, 2023.

4. WHEREAS, only plaintiff's deposition has taken place. Counsel for Plaintiff has not been able to conduct any depositions in this matter due to conflicts in the parties' respective schedules, and unresolvable calendar conflicts, despite diligent efforts.

5. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off for Expert Witness Disclosures to November 27, 2023, and extend the rebuttal witness

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

disclosure deadline to December 11, 2023.

6. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the cut-off for Discovery to December 22, 2023.

7. WHEREAS, the parties submit that good cause exists for this extension. There have been two prior extensions. However, the requested extension will not affect the dispositive motion filing deadline, the pretrial conference, or the trial date.

8. WHEREAS, the parties respectfully request that the Court amend the case schedule as follows.

| Deadline | Current Deadline | Deadline |
|---|---|---|
| Expert Disclosure Deadline | 10/13/23 | **11/27/2023** |
| Rebuttal Expert Disclosure Deadline | 10/27/23 | **12/11/2023** |
| Discovery cut off | 11/10/23 | **12/22/2023** |
| Dispositive Motion Filing Date | 1/5/24 | NO CHANGE |
| Dispositive Motion Hearing Date | 3/12/24 | NO CHANGE |
| Final Pretrial Conference | 7/26/24 | NO CHANGE |
| Trial | 9/16/24 | NO CHANGE |

IT IS SO AGREED.

Dated: October 6, 2023          **LAW OFFICES OF PANOS LAGOS**
                                -and-
                                **LAW OFFICE OF SANJAY S. SCHMIDT**


                                By: */s/ Sanjay S. Schmidt*
                                    Sanjay S. Schmidt
                                    Attorneys for Plaintiff,
                                    DANIELLE N. HOUSTON

///

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

Dated: October 6, 2023                    CASTILLO MORIARTY TRAN & ROBINSON

                                          By: */s/ Patrick Moriarty*
                                              PATRICK MORIARTY
                                              JOHN ROBINSON

                                          Attorneys for Defendants,
                                          CITY OF FAIRFIELD, JOSHUA SMITH,
                                          RUSSELL TAYLOR, DAVID REEVES, and
                                          GAIL HILL

Dated: October 6, 2023                    PORTER SCOTT

                                          By: */s/Carl Fessenden*
                                              CARL L. FESSENDEN
                                              SULI A. MASTORAKOS

                                          Attorneys for Defendant,
                                          BRENDAN BASSI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 10, 2023                   /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015