PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL

CARL L. FESSENDEN, State Bar No. 161494
cfessenden@porterscott.com
SULI A. MASTORAKOS, State Bar No. 330383
smastorakos@porterscott.com
PORTER SCOTT
2180 Harvard Street, Suite 500
Sacramento, CA  95815
Telephone:      (916) 927-3706

Attorneys for Defendant
BRENDAN BASSI

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 GLEN OAKS WAY,
OAKLAND, CA 94611
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*
DANIELLE N. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE N. HOUSTON, | Case No. 2:22-cv-01045-JAM-DB |

| | | |
|---|---|---|
| 1 | Plaintiff, | **FURTHER STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER** |
| 2 | v. | |
| 3 | CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1–50, jointly and severally; | Hon. John A. Mendez |
| 4 | | Trial: September 16, 2024 |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |

Defendants City of Fairfield, City of Fairfield Police Officers JOSHUA SMITH, GAIL HILL, RUSSELL TAYLOR, DAVID REEVES, and BRENDAN BASSI ("DEFENDANTS"), and Plaintiff DANIELLE HOUSTON ("PLAINTIFF"), by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is currently scheduled for a jury trial on September 16, 2024. (ECF No. 38).

2. WHEREAS, On October 11, 2023, the Court issued an order (ECF No. 47) granting the parties' request for stipulated extensions. (Doc. 46). As a result, the following deadlines were set:

| Deadline | Current Deadline |
|---|---|
| Expert Disclosure Deadline | 11/27/23 |
| Rebuttal Expert Disclosure Deadline | 12/11/23 |
| Discovery cut off | 12/22/23 |
| Dispositive Motion Filing Date | NO CHANGE from 1/5/24 date |
| Dispositive Motion Hearing Date | NO CHANGE from 3/12/24 date |
| Final Pretrial Conference | NO CHANGE from 7/26/24 date |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

| Trial | NO CHANGE from 9/16/24 date |
|---|---|

3. WHEREAS, only plaintiff's deposition has taken place. Counsel for Plaintiff has not been able to conduct any depositions in this matter due to conflicts in the parties' respective schedules, and unresolvable calendar conflicts, despite diligent efforts.

4. WHEREAS, counsel for both Plaintiff and Defendants have agreed to extend the deadlines/modify the scheduling order as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure Deadline | 11/27/23 | 2/26/24 |
| Rebuttal Expert Disclosure Deadline | 12/11/23 | 3/11/24 |
| Discovery cut off | 12/22/23 | 3/22/24 |
| Dispositive Motion Filing Date | 1/5/24 | 4/4/24 |
| Dispositive Motion Hearing Date | 3/12/24 | 6/11/24 |
| Final Pretrial Conference | 7/26/24 | 10/25/24 |
| Trial | 9/16/24 | 12/16/24 |

5. WHEREAS, the parties submit that good cause exists for this extension. For one, the requested extension will facilitate the exchange of further information concerning the case – and its relative strengths and weaknesses – between counsel, which could result in the conservation of resources and would also promote the interest of judicial economy because it might facilitate a resolution. There have been three prior extensions. However, the last-requested extension did not affect the dispositive motion filing deadline, the pretrial conference, or the trial date.

6. WHEREAS, the parties respectfully request that the Court amend the case schedule as set

forth in Paragraph 4, above.

IT IS SO AGREED.

Dated: November 27, 2023  **LAW OFFICES OF PANOS LAGOS**
-and-
**LAW OFFICE OF SANJAY S. SCHMIDT**

By: _/s/Panos Lagos_
  Panos Lagos, Esq.
  Attorneys for Plaintiff,
  DANIELLE N. HOUSTON

Dated: November 27, 2023  CASTILLO MORIARTY TRAN & ROBINSON

By: _/s/John Robinson_
  PATRICK MORIARTY
  JOHN ROBINSON

  Attorneys for Defendants,
  CITY OF FAIRFIELD, JOSHUA SMITH,
  RUSSELL TAYLOR, DAVID REEVES, and
  GAIL HILL

Dated: November 27, 2023  PORTER SCOTT

By: _/s/Suli A. Mastorakos_
  CARL L. FESSENDEN
  SULI A. MASTORAKOS

  Attorneys for Defendant,
  BRENDAN BASSI

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order, is **MODIFIED** as follows:

| Deadline | Current Deadline |
|---|---|
| Expert Disclosure Deadline | **02/26/2024** |
| Rebuttal Expert Disclosure Deadline | **03/11/2024** |
| Discovery cut off | **03/22/2024** |
| Dispositive Motion Filing Date | **05/10/2024** |
| Dispositive Motion Hearing Date | **07/09/2024, 01:30 p.m.**[1] |
| Joint Mid-Litigation Statement Filing Deadline: | **Fourteen (14) days prior to the close of discovery** |
| Final Pretrial Conference | **Tuesday, 10/29/2024, 10:00 a.m.** |
| Trial | **12/09/2024, at 09:00 a.m.** The parties estimate an approximate four to five (4-5) day trial. |

All other instructions contained in the September 27, 2022 Pretrial Scheduling Order (ECF No. 14) shall remain in effect.

Dated: December 01, 2023         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.