1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:      (415) 213-4098
5
   Attorneys for Defendants
6  CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL
   TAYLOR, DAVID REEVES, and GAIL HILL
7
   CARL L. FESSENDEN, State Bar No. 161494
8  cfessenden@porterscott.com
   SULI A. MASTORAKOS, State Bar No. 330383
9  smastorakos@porterscott.com
   PORTER SCOTT
10 2180 Harvard Street, Suite 500
   Sacramento, CA  95815
11 Telephone:      (916) 927-3706

12 Attorneys for Defendant
   BRENDAN BASSI
13
14 **Panos Lagos, Esq. / SBN 61821**
   **LAW OFFICES OF PANOS LAGOS**
15 6569 GLEN OAKS WAY,
   OAKLAND, CA 94611
16 T: (510) 530-4078 x 101
   F: (510) 530-4725
17 panos@panoslagoslaw.com

18 **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
19 1388 Sutter Street, Suite 810
   San Francisco, CA 94109
20 Tel. (415) 563-8583
21 Fax (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
22
23 *Attorneys for Plaintiff*
   DANIELLE N. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE N. HOUSTON, | Case No. 2:22-cv-01045-JAM-DB |

|   |   |   |
|---|---|---|
| 1 | Plaintiff, | **FURTHER STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |
| 2 | v. |   |
| 3 | CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1–50, jointly and severally; | Hon. John A. Mendez |
|   |   | Trial: January 27, 2025 |
|   | Defendants. |   |

Defendants City of Fairfield, City of Fairfield Police Officers JOSHUA SMITH, GAIL HILL, RUSSELL TAYLOR, DAVID REEVES, and BRENDAN BASSI ("DEFENDANTS"), and Plaintiff DANIELLE HOUSTON ("PLAINTIFF"), by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is currently scheduled for a jury trial on January 27, 2025. (ECF No. 52).

2. WHEREAS, on March 5, 2024, the Court issued an order (ECF No. 52) granting the parties' request for stipulated extensions. (Doc. 51). As a result, the following deadlines were set:

| Deadline | Current Deadline |
|---|---|
| Expert Disclosure Deadline | 4/25/2024 |
| Rebuttal Expert Disclosure Deadline | 5/6/2024 |
| Discovery cut off | 6/5/2024 |
| Dispositive Motion Filing Date | 7/9/2024 |
| Dispositive Motion Hearing Date | 9/24/2024 at 1:00 p.m. |
| Final Pretrial Conference | 12/6/2024, 10:00 a.m. |
| Trial | 1/17/2025, 9:00 a.m. |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

3. WHEREAS, the depositions of Plaintiff, Defendant officers Reeves, Smith, and Hill, and a percipient witness (a former City of Fairfield 911 dispatcher) have been conducted. Unfortunately, the parties will not be in receipt of several transcripts from these depositions in advance of the current expert disclosure deadline of April 25, 2024. Although Defendants do not need the transcripts for their expert disclosures, Plaintiffs do need the transcripts for their expert(s).

4. Accordingly, the parties have met-and-conferred, and Defendants agree to Plaintiff's solution to this scheduling problem that will leave all of the dates in the current scheduling order intact, except for the expert disclosure deadline and rebuttal expert disclosure deadline. In order to accommodate this modification, Plaintiff is requesting, and Defendants do not object to, the addition of a deadline for the completion of expert discovery to the scheduling order.

5. WHEREAS, counsel for both Plaintiff and Defendants have agreed to modify the expert disclosure and rebuttal expert disclosure deadlines in the scheduling order, as well as to add a date for expert discovery to be completed by, and respectfully stipulate and request that the Court modify them as follows:

| Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Disclosure Deadline | 4/25/2024 | 6/5/2024 |
| Rebuttal Expert Disclosure Deadline | 5/6/2024 | **6/26/2024** |
| Discovery cut off | 6/5/2024 | 6/5/2024 |
| Expert Discovery cut off | 6/5/2024 | **7/5/2024** |
| Dispositive Motion Filing Date | 7/9/2024 | 7/9/2024 |
| Dispositive Motion Hearing Date | 9/24/2024, 1:00 p.m. | 9/24/2024, 1:00 p.m. |
| Final Pretrial Conference | 12/6/2024, 10:00 a.m. | 12/6/2024, 10:00 a.m. |

| Trial | 1/27/2025, 9:00 a.m. | 1/27/2025, 9:00 a.m. |
|---|---|---|

6. WHEREAS, the parties submit that good cause exists for this extension. For one, the requested extension only impacts the expert disclosure and rebuttal expert disclosure deadlines, and will facilitate the exchange of further information concerning the case – and its relative strengths and weaknesses – between counsel, which could result in the conservation of resources and would also promote the interest of judicial economy because it will help narrow the issues and might facilitate a resolution.

7. WHEREAS, the parties respectfully request that the Court amend the expert disclosure, rebuttal expert disclosure, and expert discovery cut off dates in the scheduling order as set forth in ¶ 5, above.

IT IS SO STIPULATED AND AGREED.

Dated: April 24, 2024

Respectfully Submitted,

LAW OFFICES OF PANOS LAGOS
-and-
LAW OFFICE OF SANJAY S. SCHMIDT

By: /s/Panos Lagos
    Panos Lagos
    Sanjay S. Schmidt
    Attorneys for Plaintiff,
    DANIELLE N. HOUSTON

Dated: April 24, 2024

CASTILLO MORIARTY TRAN & ROBINSON

By: /s/John Robinson
    PATRICK MORIARTY
    JOHN ROBINSON

Attorneys for Defendants,
CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL

Dated: April 24, 2024

PORTER SCOTT

By: */s/Carl L. Fessenden*
CARL L. FESSENDEN
SULI A. MASTORAKOS

Attorneys for Defendant,
BRENDAN BASSI

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Deadline | New Deadline |
|---|---|
| Expert Disclosure Deadline | **06/05/2024** |
| Rebuttal Expert Disclosure Deadline | **06/26/2024** |
| Discovery cut off | As previously scheduled, 06/05/2024 |
| Expert Discovery cut off | **07/05/2024** |
| Dispositive Motion Filing Date | As previously scheduled, 07/09/2024 |
| Joint Mid-Litigation Statement Filing Deadline: | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Hearing Date | As previously scheduled, 09/24/2024, 01:00 p.m.[1] |
| Final Pretrial Conference | As previously scheduled, 12/06/2024, 10:00 a.m. |
| Trial (4-5 days) | As previously scheduled, 01/27/2025, 9:00 a.m. |

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.

All other instructions contained in the September 27, 2022 Pretrial Scheduling Order (ECF No. 14) shall remain in effect.

    IT IS SO ORDERED.

Dated: April 29, 2024          /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE