PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone:     (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL

CARL L. FESSENDEN, State Bar No. 161494
cfessenden@porterscott.com
SULI A. MASTORAKOS, State Bar No. 330383
smastorakos@porterscott.com
PORTER SCOTT
2180 Harvard Street, Suite 500
Sacramento, CA 95815
Telephone:     (916) 927-3706

Attorneys for Defendant
BRENDAN BASSI

**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 GLEN OAKS WAY,
OAKLAND, CA 94611
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*
DANIELLE N. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DANIELLE N. HOUSTON, | Case No. 2:22-cv-01045-JAM-DB |
|---|---|

|   |   |
|---|---|
| Plaintiff,<br>v.<br>CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1–50, jointly and severally;<br>Defendants. | **FURTHER STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>Hon. John A. Mendez<br><br>Trial:   January 27, 2025 |

Defendants City of Fairfield, City of Fairfield Police Officers JOSHUA SMITH, GAIL HILL, RUSSELL TAYLOR, DAVID REEVES, and BRENDAN BASSI ("DEFENDANTS"), and Plaintiff DANIELLE HOUSTON ("PLAINTIFF"), by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, this matter is currently scheduled for a jury trial on January 27, 2025. (ECF No. 54).

2. WHEREAS, on April 30, 2024, the Court issued an order (ECF No. 54) granting the parties' request for stipulated extensions. (Doc. 53). As a result, the following deadlines were set:

| **Deadline** | **Current Deadline** |
|---|---|
| Expert Disclosure Deadline | 6/5/2024 |
| Rebuttal Expert Disclosure Deadline | 6/26/2024 |
| Discovery cut off | 6/5/2024 |
| Dispositive Motion Filing Date | 7/9/2024 |
| Dispositive Motion Hearing Date | 9/24/2024 at 1:00 p.m. |
| Final Pretrial Conference | 12/6/2024, 10:00 a.m. |
| Trial | 1/27/2025, 9:00 a.m. |

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

3. WHEREAS, the depositions of Plaintiff, Defendant officers Reeves, Smith, and Hill, and a percipient witness (a former City of Fairfield 911 dispatcher) have been conducted. The depositions of two additional Fairfield 911 dispatchers and the deposition of Defendant officer Brendan Bassi are scheduled to take place prior to the June 5, 2024 discovery cut off. The deposition of the Person Most Knowledgeable for the City of Fairfield is scheduled to take place on June 19, 2024 – two weeks after the June 5, 2024 discovery cut off. Plaintiff is requesting, and Defendants do not object to, the extension of the discovery cut off deadline to June 19, 2024 solely for the purpose of this one deposition of the Person Most Knowledgeable.

4. WHEREAS, counsel for both Plaintiff and Defendants have agreed to modify the discovery cut off date leaving intact all other dates as follows:

| Deadline | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosure Deadline | 6/5/2024 | No Change |
| Rebuttal Expert Disclosure Deadline | 6/26/2024 | No Change |
| Discovery cut off | 6/5/2024 | 6/19/2024 |
| Expert Discovery cut off | 7/5/2024 | No Change |
| Dispositive Motion Filing Date | 7/9/2024 | No Change |
| Dispositive Motion Hearing Date | 9/24/2024, 1:00 p.m. | No Change |
| Final Pretrial Conference | 12/6/2024, 10:00 a.m. | No Change |
| Trial | 1/27/2025, 9:00 a.m. | No Change |

5. WHEREAS, the parties submit that good cause exists for this extension. The requested extension only impacts the discovery cut off deadline, and will facilitate the exchange of further information concerning the case.

6. WHEREAS, the parties respectfully request that the Court amend the discovery cut off

deadline in the scheduling order as set forth in ¶¶ 3, 4, and 5 above.

IT IS SO STIPULATED AND AGREED.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 14, 2024 | LAW OFFICES OF PANOS LAGOS<br>-and-<br>LAW OFFICE OF SANJAY S. SCHMIDT |
|  | By: */s/Panos Lagos*<br>    Panos Lagos<br>    Sanjay S. Schmidt<br>    Attorneys for Plaintiff,<br>    DANIELLE N. HOUSTON |
| Dated: May 14, 2024 | CASTILLO MORIARTY TRAN & ROBINSON |
|  | By: */s/John Robinson*<br>    PATRICK MORIARTY<br>    JOHN ROBINSON<br><br>    Attorneys for Defendants,<br>    CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL |
| Dated: May 14, 2024 | PORTER SCOTT |
|  | By: */s/Suli A. Mastorakos*<br>    CARL L. FESSENDEN<br>    SULI A. MASTORAKOS<br><br>    Attorneys for Defendant,<br>    BRENDAN BASSI |

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Deadline | New Deadline |
| --- | --- |
| Expert Disclosure Deadline | As previously scheduled, 6/5/2024 |
| Rebuttal Expert Disclosure Deadline | As previously scheduled, 6/26/2024 |
| Discovery cut off | **6/19/2024** |
| Expert Discovery cut off | As previously scheduled, 7/5/2024 |
| Dispositive Motion Filing Date | As previously scheduled, 7/9/2024 |
| Joint Mid-Litigation Statement Filing Deadline: | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Hearing Date | As previously scheduled, 9/24/2024, 1:00 p.m.[1] |
| Final Pretrial Conference | As previously scheduled, 12/6/2024, 10:00 a.m. |
| Trial | As previously scheduled, 1/27/2025, 9:00 a.m. |

All other instructions contained in the September 27, 2022, Pretrial Scheduling Order (ECF No. 14) shall remain in effect.

Dated: May 21, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.