**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*,
DANIELLE N. HOUSTON

PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:     (415) 213-4098

Attorneys for Defendants
CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, and GAIL HILL

CARL L. FESSENDEN, State Bar No. 161494
cfessenden@porterscott.com
SULI A. MASTORAKOS, State Bar No. 330383
smastorakos@porterscott.com
PORTER SCOTT
2180 Harvard Street, Suite 500
Sacramento, CA  95815
Telephone:     (916) 927-3706

Attorneys for Defendant
BRENDAN BASSI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Stipulation and Order to Continue Expert Discovery Deadline
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                                                     - 1 -

| | |
|---|---|
| **DANIELLE N. HOUSTON**, | ) Case No. 2:22-cv-01045-JAM-DB |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE EXPERT DISCOVERY DEADLINE** |
| vs. | ) |
| **CITY OF FAIRFIELD**, a public entity, City of Fairfield Police Officers **JOSHUA SMITH** (Badge #1730), **BRENDAN BASSI** (Badge #1716), **RUSSELL TAYLOR** (Badge #1728), **DAVID REEVES** (Badge #927), **GAIL HILL** (Badge #1201), individually, and, DOES 1–50, jointly and severally, | ) Hon. John A. Mendez<br>) Trial:  January 27, 2025 |
| Defendants. | ) |

Plaintiff DANIELLE HOUSTON ("PLAINTIFF"), and Defendants City of Fairfield, City of Fairfield Police Officers JOSHUA SMITH, GAIL HILL, RUSSELL TAYLOR, DAVID REEVES, and BRENDAN BASSI ("DEFENDANTS"), by and between their respective counsel of record, hereby agree and stipulate as follows:

1. WHEREAS, the parties have completed non-expert discovery, and expert disclosures were made by both Plaintiff and Defendants, on June 5, 2024, per the current scheduling order.

2. WHEREAS, Defendants met-and-conferred with Plaintiff's counsel and requested to take the deposition of Plaintiff's expert, on June 25, 2024, and he was produced and deposed on that date; Defendants also requested to depose certain non-retained experts disclosed by Plaintiff, on July 2, 2024, and those depositions have been set for that date, to commence at 10:00 a.m.

3. WHEREAS, although it is not required under the Court's scheduling order and it is not required under the Local Rules of the United States District Court for the Eastern District of California, Plaintiff's counsel also met-and-conferred with counsel for Defendants

Stipulation and Order to Continue Expert Discovery Deadline
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                                              - 2 -

prior to noticing the depositions of Defendants' two retained experts, instead of noticing the depositions unilaterally, in order to attempt to set the depositions on a date on which Defendants' counsel would be available.

4. WHEREAS, the expert discovery cutoff date under the operative scheduling order is July 5, 2024. ECF No. 56.

5. WHEREAS, unfortunately, the schedules of Plaintiff's counsel and Defendants' counsel did not align; Defendants' counsel related that they were not available on the dates and times proposed by Plaintiff's counsel prior to the current cutoff date of July 5, 2024, for these two depositions. Due to the impacted schedules of all counsel involved, a date could not be identified that all counsel would be available prior to July 5, 2024.

6. WHEREAS, counsel for the parties met-and-conferred, and were able to identify a mutually available date and time for both of the depositions, which is **July 10, 2024**; the depositions have been noticed and set for that date.

7. WHEREAS, Defendants sought to depose two of Plaintiff's treating physicians that were disclosed as non-retained experts, on July 2, 2024, but defense counsel's office was told neither physician would be available on that date. These depositions will need to be rescheduled. A new date has not yet been secured.

8. ACCORDINGLY, based on the foregoing circumstances, the parties respectfully request that the expert discovery cutoff date be extended through and including **July 10, 2024**, to allow for Defendants' retained experts to be deposed by Plaintiff, for expert discovery to remain open for the purpose of allowing Defendants the opportunity to depose Plaintiff's two treating physicians until such time as these depositions can be rescheduled, and that all other dates in the scheduling order remain as previously set.

IT IS SO STIPULATED AND AGREED.

Respectfully Submitted,

Dated: July 2, 2024         LAW OFFICES OF PANOS LAGOS
                            -and-

Stipulation and Order to Continue Expert Discovery Deadline
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                    - 3 -

LAW OFFICE OF SANJAY S. SCHMIDT

By: */s/Sanjay S. Schmidt*
    Sanjay S. Schmidt
    Attorneys for Plaintiff,
    DANIELLE N. HOUSTON

Dated: July 2, 2024      CASTILLO MORIARTY TRAN & ROBINSON

By: */s/Patrick Moriarty*
    PATRICK MORIARTY
    JOHN ROBINSON

    Attorneys for Defendants,
    CITY OF FAIRFIELD, JOSHUA SMITH,
    RUSSELL TAYLOR, DAVID REEVES,
    and GAIL HILL

Dated: July 2, 2024      PORTER SCOTT

By: */s/Carl L. Fessenden*
    CARL L. FESSENDEN
    SULI A. MASTORAKOS

    Attorneys for Defendant,
    BRENDAN BASSI

Stipulation and Order to Continue Expert Discovery Deadline
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB      - 4 -

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Based on the stipulation of the parties and good cause appearing therefor, the Pretrial Scheduling Order is **MODIFIED** as follows:

The expert discovery cutoff date shall be **EXTENDED** through and including **July 10, 2024**, to allow for Defendants' retained experts to be deposed by Plaintiff, expert discovery shall remain open for the purpose of allowing Defendants the opportunity to depose Plaintiff's two treating physicians until such time as these depositions can be rescheduled, and all other dates in the operative scheduling order remain as previously set.

Dated: July 02, 2024                 /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Expert Discovery Deadline
*Houston v. City of Fairfield, et al.*
USDC (E.D. Cal.) Case No.: 2:22-cv-01045-JAM-DB                                    - 5 -