1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:     (415) 213-4098
5
   Attorneys for Defendants
6  CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL
   TAYLOR, DAVID REEVES, and GAIL HILL
7
   **Panos Lagos, Esq. / SBN 61821**
8  **LAW OFFICES OF PANOS LAGOS**
   5032 Woodminster Lane
9  Oakland, CA 94602
   T: (510) 530-4078 x 101
10 F: (510) 530-4725
   panos@panoslagoslaw.com
11
   **Sanjay S. Schmidt (SBN 247475)**
12 **LAW OFFICE OF SANJAY S. SCHMIDT**
   1388 Sutter Street, Suite 810
13 San Francisco, CA 94109
   Tel. (415) 563-8583
14 Fax (415) 223-9717
   e-mail: ss@sanjayschmidtlaw.com
15
16 *Attorneys for Plaintiff*
17 DANIELLE N. HOUSTON

18                    UNITED STATES DISTRICT COURT
19                    EASTERN DISTRICT OF CALIFORNIA
20

| 21 | DANIELLE N. HOUSTON,                                          | Case No. 2:22-cv-01045-JAM-SCR                                    |
|----|---------------------------------------------------------------|-------------------------------------------------------------------|
| 22 |                    Plaintiff,                                 | **STIPULATION AND ORDER DISMISSING DEFENDANT RUSSELL TAYLOR**     |
| 23 |     v.                                                        |                                                                   |
| 24 | CITY OF FAIRFIELD, a public entity, City of Fairfield Police Officers JOSHUA SMITH (Badge #1730), BRENDAN BASSI (Badge #1716), RUSSELL TAYLOR (Badge #1728), DAVID REEVES (Badge #927), GAIL HILL (Badge #1201), individually, and, DOES 1–50, jointly and severally; | Hon. John A. Mendez |
| 25 |                                                               | Trial: January 27, 2025                                           |

Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff DANIELLE HOUSTON ("Plaintiff"), and Defendants CITY OF FAIRFIELD, JOSHUA SMITH, RUSSELL TAYLOR, DAVID REEVES, GAIL HILL, and BRENDAN BASSI ("Defendants"), (collectively hereafter "the Parties") hereby stipulate as follows:

WHEREAS Plaintiff filed her First Amended Complaint on May 22, 2023 (ECF 34);

WHEREAS the Parties' counsel have conferred in good faith to narrow their disputes;

WHEREAS the Parties stipulate and agree to dismissal of one of the Defendants, as follows:

1. The claims against Defendant Russell Taylor are dismissed in their entirety with prejudice, with Plaintiff and Defendants each bearing their own costs and attorney's fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsels, that the case be dismissed with prejudice as to Defendant Russell Taylor.

IT IS SO AGREED.

Dated: July 30, 2023            **LAW OFFICES OF PANOS LAGOS**
                                -and-
                                **LAW OFFICE OF SANJAY S. SCHMIDT**


                                By: */s/ Panos Lagos*
                                    Panos Lagos, Esq.
                                    Attorneys for Plaintiff,
                                    DANIELLE N. HOUSTON

Dated: July 30, 2023            CASTILLO MORIARTY TRAN & ROBINSON


                                By:   */s/ John Robinson*
                                      John Robinson
                                      Attorneys for Defendants,
                                      CITY OF FAIRFIELD, et al.

CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

## ORDER

Pursuant to the stipulation of the parties:

1. Russell Taylor is **DISMISSED** from this action **with prejudice**.

IT IS SO ORDERED.

Dated: August 06, 2024          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE