**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*,
DANIELLE N. HOUSTON

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIELLE N. HOUSTON**, | ) Case No. 2:22-cv-01045-JAM-DB |
| Plaintiff, | ) **ORDER GRANTING PLAINTIFF'S** |
| vs. | ) **EX PARTE REQUEST FOR** |
|  | ) **PERMISSION TO FILE <u>REPLY</u> TO** |
|  | ) **DEFENDANTS' SUPPLEMENTAL** |
| **CITY OF FAIRFIELD**, a public entity, City of Fairfield Police Officers **JOSHUA SMITH** (Badge #1730), **BRENDAN BASSI** (Badge #1716), **RUSSELL TAYLOR** (Badge #1728), **DAVID REEVES** (Badge #927), **GAIL HILL** (Badge #1201), individually, and, DOES 1–50, jointly and severally, | ) **BRIEF NOT TO EXCEED TWO PAGES OF ARGUMENT** ) **(ECF No. 98)** ) ) Date:  9/24/2024 ) Time:  1:00 p.m. ) Ctrm:  6, 14th Floor (Sacramento) |
| Defendants. | ) Hon. John A. Mendez, ) United States District Judge |

///

ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR PERMISSION TO FILE REPLY TO DEFENDANTS' SUPPLEMENTAL BRIEF Case No.: 2:22-cv-01045-JAM-DB
- 1 -

The Court, having considered Plaintiff's Ex Parte Request for Permission to File a Reply to Defendants' Supplemental Brief (ECF No. 97), hereby **GRANTS** Plaintiff's ex parte application (ECF No. 98).

Not later than **October 04, 2024**, Plaintiff shall file a Reply to ECF No. 97 which shall not exceed two (2) pages of argument.

**IT IS SO ORDERED.**

Dated: October 03, 2024            /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR PERMISSION TO FILE REPLY TO DEFENDANTS' SUPPLEMENTAL BRIEF Case No.: 2:22-cv-01045-JAM-DB

- 2 -