UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIELLE N. HOUSTON,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID REEVES and BRENDAN BASSI,<br><br>Defendants - Appellants. | No. 24-7268<br><br>D.C. No.<br>2:22-cv-01045-JAM-SCR<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: N.R. SMITH, NGUYEN, and SANCHEZ, Circuit Judges.

Consideration of Plaintiff-Appellee Danielle Houston's motion for attorneys' fees (Docket Entry No. 63) is transferred to the district court. *See* 9th Cir. R. 39-1.8.