**Panos Lagos, Esq. / SBN 61821**
**LAW OFFICES OF PANOS LAGOS**
6569 Glen Oaks Way
Oakland, CA 94611
T: (510) 530-4078 x 101
F: (510) 530-4725
panos@panoslagoslaw.com

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Tel. (415) 563-8583
Fax (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

*Attorneys for Plaintiff*,
DANIELLE N. HOUSTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELLE N. HOUSTON**,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF FAIRFIELD**, et al.,<br><br>Defendants. | Case No. 2:22-cv-01045-JAM-SCR<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT (Eastern District Civil Local Rule 160)** |

TO THE DISTRICT COURT:

PLEASE TAKE NOTICE, pursuant to Eastern District Local Rule 160(a), that this action has been settled in its entirety. The undersigned counsel anticipates that dispositional documents can be filed within 60-days of the date of this notice (and possibly sooner), since the terms of the release and settlement agreement need to be finalized, and the consideration for the settlement needs to be received by the Plaintiff from Defendants before a stipulation for dismissal will be filed. Accordingly, if a date by which the documents disposing of the action must be filed is fixed by the Court, pursuant to Local Rule 160(b), Plaintiff respectfully

requests that such date be more than twenty-one (21) days from the date of this notification. Good cause exists for the fixing of this date to be **sixty** (**60**) days from the date of this notice – **January 11, 2027** – because the terms of the settlement agreement need to be finalized, and the settlement proceeds need to be received.

Respectfully submitted,

Dated: November 12, 2026

LAW OFFICES OF PANOS LAGOS
-and-
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
*Attorneys for Plaintiff*,
DANIELLE HOUSTON